UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER JENKINS, on behalf, ) <br> of himself and others similarly situated ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE MOSES H. CONE MEMORIAL ) <br> HEALTH SERVICES CORP; THE MOSES) <br> H. CONE MEMORIAL HOSPITAL, INC. ) <br> THE MOSES H. CONE HOSPITAL; THE ) <br> MOSES H. CONE MEMORIAL ) <br> OPERATING CORP.; and SVN ) <br> HOLDINGS, LLC. ) <br> Defendants. ) | **JUDGMENT** <br><br> No. 5:16-CV-188-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2018, and for the reasons set forth more specifically therein, that defendants' motions for judgment on the pleadings are granted.

**This Judgment Filed and Entered on March 30, 2018, and Copies To:**

Robert E. Fields, III (via CM/ECF Notice of Electronic Filing)
J. Michael Malone (via CM/ECF Notice of Electronic Filing)
Dorothy H. Cornwell (via CM/ECF Notice of Electronic Filing)
Matthew Nis Leerberg (via CM/ECF Notice of Electronic Filing)
Maureen D. Murray (via CM/ECF Notice of Electronic Filing)
Amy Elizabeth Puckett (via CM/ECF Notice of Electronic Filing)
Dana C. Lumsden (via CM/ECF Notice of Electronic Filing)

March 30, 2018          PETER A. MOORE, JR., CLERK

                         /s/ Sandra K. Collins
                        (By) Sandra K. Collins, Deputy Clerk

